JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MACIAS,<br><br>        Petitioner,<br><br>    v.<br><br>I.D. CLAY, Warden,<br><br>        Respondent. | Case No. CV 08-2418-VAP (OP)<br><br>**[Petition filed on April 11, 2008]**<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 22, 2010

                                    VIRGINIA A. PHILLIPS<br>                                    United States District Judge